# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **LYNDON SOUTHERN INSURANCE COMPANY** ) | |
| ) | **Case No. 3:21-cv-0652** |
| v. ) | **Crenshaw/Holmes** |
| ) | |
| **JUPITER MANAGING GENERAL AGENCY, INC.** ) | |

## O R D E R

This civil action was filed on August 23, 2021. By Order entered August 27, 2021 (Docket Entry No. 14), the case was transferred to the undersigned Magistrate Judge.

Pursuant to Local Rule 16.01(c)(6), this case is exempt from mandatory case management. Nevertheless, the Court intends to enter a scheduling order. Counsel for all parties must, therefore, at the initiative of Plaintiff's counsel, prepare a joint proposed scheduling order. They may use as a template the sample initial case management order found on the Court's website under the link to Magistrate Judge Holmes, with any additional provisions for issues that are unique to this case.[1] The proposed scheduling order must be submitted by no later than **September 21, 2021**. In addition, the proposed scheduling order must be separately emailed in Word format to Ms. Jeanne Cox, Courtroom Deputy, at Jeanne_W_Cox@tnmd.uscourts.gov. Any stay of discovery (to the extent that discovery is permitted) is lifted, subject to any party moving to reinstate or for a stay.[2]

IT is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] And with appropriate sections for Judge Campbell's cases as designated in the form ICMO.

[2] Although not entirely overlapping, this case is related to another already pending case, Case No. 3:20-cv-1037, and there may be some efficiencies for the parties and Court in management of the two cases on the same schedule. Counsel for the parties in both cases shall discuss whether this case may proceed on the same schedule as Case No 3:21-cv-1037, and if so, the proposed scheduling order submitted by the parties in this case may conform to that schedule. Counsel for Plaintiff in this case shall initiate the discussion.